B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Southern District of Indiana | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Summitt Logistics & Brokerage, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **35-2105350** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1800 Progress Way**<br>**Clarksville, IN**       ZIPCODE **47129-9246** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):       ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):       ZIPCODE | Mailing Address of Joint Debtor (if different from street address):       ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):       ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

THIS SPACE IS FOR COURT USE ONLY

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (1/08)            Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Summitt Logistics & Brokerage, LLC** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>   Signature of Attorney for Debtor(s)             Date |
|---|---|

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
   ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)
☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)
☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Summitt Logistics & Brokerage, LLC** |
|---|---|
| Signatures ||

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X **/s/ Terry E. Hall**<br>Signature of Attorney for Debtor(s)<br><br>**Terry E. Hall 22041-49**<br>**Baker & Daniels**<br>**300 N. Meridian Street, Suite 2700**<br>**Indianapolis, IN 46204**<br>**(317) 237-0300 Fax: (317) 237-1000**<br><br>**March 2, 2009**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>_____<br>Date |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ David L. Summitt**<br>Signature of Authorized Individual<br><br>**David L. Summitt**<br>Printed Name of Authorized Individual<br><br>**Manager, Summitt Holdings, LLC**<br>Title of Authorized Individual<br><br>**March 2, 2009**<br>Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In re: Summitt Logistics & Brokerage, LLC, <br>     Debtor. | ) Chapter 11 <br> ) Case No. 09- <br> ) |
| In re: Summitt Trucking, LLC, <br>     Debtor. | ) Chapter 11 <br> ) Case No. 09- <br> ) |
| In re: Tractor Leasing, LLC, <br>     Debtor. | ) Chapter 11 <br> ) Case No. 09- <br> ) |
| In re: Trailer Leasing, LLC, <br>     Debtor. | ) Chapter 11 <br> ) Case No. 09- |

**LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS**

Following is the list of the debtor's creditors holding the 30 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. If a minor child is one of the creditors holding the 30 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| NAME OF CREDITOR | AMOUNT OF CLAIM |
|---|---|
| KEY STOPS, LLC / KEY OIL <br> PO BOX 2809 <br> FRANKLIN, KY 42135 | $200,079.77 |
| TRANSPORT INTERNATIONAL POOL <br> DEPT 0536 <br> 75 REMITTANCE DR, STE 1333 <br> CHICAGO, IL 60675-1333 | $105,823.94 |
| INDIANA DEPT OF REVENUE <br> PO BOX 6175 <br> INDIANAPOLIS, IN 46206-6175 | $104,543.36 |
| NATIONAL CITY <br> PO BOX 856176 <br> LOUISVILLE, KY 40285-6176 | $94,139.14 |

5591211_2.DOC

| | |
|---|---|
| PETERSON TRUCK LEASING<br>PO BOX 34547<br>LOUISVILLE, KY 40232 | $83,089.30 |
| S&R TRUCK TIRE CENTER, INC.<br>1402 TRUCKERS BLVD<br>JEFFERSONVILLE, IN 47130 | $68,322.49 |
| QUALCOMM<br>FILE NO. 54210, PO BOX 2004<br>LOS ANGELES, CA 90074-4210 | $66,856.76 |
| KENTUCKY STATE TREASURER<br>TRANS CAB./DIV OF MOTOR CARRIER<br>FRANKFORT, KY 40602-0004 | $62,478.38 |
| MICHELIN NORTH AMERICA, INC.<br>12398 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | $57,735.42 |
| TMW SYSTEMS, INC.<br>U.S. BANK, PO BOX 643562<br>CINCINNATI, OH 45264-3562 | $47,380.51 |
| PILOT TRAVEL CENTERS, LLC<br>PO BOX 10146<br>KNOXVILLE, TN 37939-0146 | $44,921.85 |
| TRAILMOBILE PARTS & SERVICE CORP<br>4343 SANITA COURT<br>LOUISVILLE, KY 40213-1829 | $30,957.37 |
| HARRY OWEN<br>2814 LINCOLN PARKWAY<br>ELIZABETHTOWN, KY 42701 | $30,000.00 |
| PREPASS<br>23566 NETWORK PLACE<br>CHICAGO, IL 60673-1235 | $29,434.67 |
| THERMO KING CORPORATION<br>75 REMITTANCE DR, STE 1023<br>CHICAGO, IL 60675-1023 | $26,617.80 |

| | |
|---|---:|
| UHL IDEALEASE<br>4300 POPLAR LEVEL ROAD<br>LOUISVILLE, KY 40213 | $22,909.19 |
| THERMO KING OF INDIANA, INC.<br>DEPT 83, PO BOX 6069<br>INDIANAPOLIS, IN 46206-6069 | $19,048.58 |
| TMW SYSTEMS INC<br>21111 CHAGRIN<br>BEACHWOOD, OH 44122 | $18,750.00 |
| NEC FINANCIAL SERVICES, INC.<br>24189 NETWORK PLACE<br>CHICAGO, IL 60673-1241 | $18,040.58 |
| PETERSON TRUCK CENTER<br>4330 POPLAR LEVEL RD<br>LOUISVILLE, KY 40213 | $14,543.39 |
| US VOICE & DATA<br>11500 BLANKENBAKER ACCESS DR, STE 103<br>LOUISVILLE, KY 40299 | $14,452.17 |
| TRANSCORE<br>PO BOX 8500<br>PHILADELPHIA, PA 19178-3801 | $12,900.00 |
| FLEETPRIDE<br>PO BOX 281811<br>ATLANTA, GA 30384-1811 | $9,622.39 |
| SCOPELITIS,GARVIN,LIGHT,HANSON,FEARY<br>10 W MARKET ST, SUITE 1500<br>INDIANAPOLIS, IN 46204 | $8,804.56 |
| EWALD SPRING & RADIATOR CO INC<br>225 E BRECKINRIDGE ST<br>LOUISVILLE, KY 40203 | $8,066.98 |
| RABEN TIRE CO., INC.<br>2100 N NEW YORK AVE<br>EVANSVILLE, IN 47711 | $7,530.71 |

3

| | |
|---|---:|
| DYATECH CORPORATION<br>PO BOX 2428<br>RIDGELAND, MS 39158-2428 | $7,431.00 |
| KENTUCKY TRUCK SALES<br>PO BOX 1507<br>JEFFERSONVILLE, IN 47131-1507 | $6,954.61 |

    I, the Manager of the corporations named as the debtors in these cases, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: March 2, 2009                    By:  */s/ David L. Summitt*
                                                          Manager, Summitt Holdings, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: Summitt Logistics & Brokerage, LLC, <br>               Debtor. | ) <br> ) <br> ) | Chapter 11 <br> Case No. 09- |
| In re: Summitt Trucking, LLC, <br>               Debtor. | ) <br> ) <br> ) | Chapter 11 <br> Case No. 09- |
| In re: Tractor Leasing, LLC, <br>               Debtor. | ) <br> ) <br> ) | Chapter 11 <br> Case No. 09- |
| In re: Trailer Leasing, LLC, <br>               Debtor. | ) <br> ) | Chapter 11 <br> Case No. 09- |

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

        Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for the above-captioned debtors and debtors-in-possession in the above captioned actions, certifies that the following is a (are) corporation(s), other than the debtors or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

        Summitt Holdings, LLC         100%
        1800 Progress Way
        Clarksville, IN 47129

Dated: March 2, 2009         /s/ Terry E. Hall
        Attorneys for the Debtors and Debtors-in-Possession

James M. Carr (#3128-49)
Terry E. Hall (#22041-49)
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
jim.carr@bakerd.com
terry.hall@bakerd.com