B6 Summary (Form 6 - Summary) (12/07)

## United States Bankruptcy Court
## Southern District of Indiana

**IN RE:**                                                    Case No. **09-90630-BHL-11** _____

**Summitt Logistics & Brokerage, LLC** _____     Chapter **11** _____
                          Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 5,238,454.61 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 8,779,800.44 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 9 | | $ 70,546.27 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $ 6,708,580.68 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 22 | $ 5,238,454.61 | $ 15,558,927.39 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Summitt Logistics & Brokerage, LLC**　　　　　　　Case No. **09-90630-BHL-11**
_____
　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE A - REAL PROPERTY

　　Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

　　**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

　　If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

　　If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** 0.00 | |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Summit Logistics & Brokerage, LLC**                                    Case No. **09-90630-BHL-11**
_____                                    _____
Debtor(s)                                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

<div style="writing-mode: vertical-lr">© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America - controlled disbursement** | | **6,259.12** |
| | | **Bank of America - funding account** | | **0.00** |
| | | **National City Bank - payroll account** | | **0.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) – Cont.

IN RE **Summitt Logistics & Brokerage, LLC**                                          Case No. **09-90630-BHL-11**
_____                                          _____
Debtor(s)                                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Intercompany payable due from Summitt Trucking, LLC** | | **4,873,669.49** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Summit Logistics & Brokerage, LLC**     Case No. **09-90630-BHL-11**
_____
Debtor(s)                                     (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Cash reserve on prepetition lending (estimated)** | | **358,526.00** |
| | | | TOTAL | **5,238,454.61** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**0** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

**IN RE** Summitt Logistics & Brokerage, LLC _____ Case No. **09-90630-BHL-11**
                                                    Debtor(s)                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D)(12/07)

IN RE **Summit Logistics & Brokerage, LLC**                     Case No. **09-90630-BHL-11**
_____
Debtor(s)                                                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**TRANSPORTATION ALLIANCE BANK**<br>**ATTN: STEPHEN PARKER**<br>**4185 HARRISON BLVD STE 200**<br>**OGDEN, UT  84403-6400** | | | **Term notes secured by all assets and third party collateral**<br><br><br>VALUE $ **10,177,025.00** | | | | 4,268,588.28 | |
| ACCOUNT NO.<br><br>**TRANSPORTATION ALLIANCE BANK**<br>**ATTN: STEPHEN PARKER**<br>**4185 HARRISON BLVD STE 200**<br>**OGDEN, UT  84403-6400** | | | **Receivables financing**<br><br><br>VALUE $ **4,511,212.16** | | | | 4,511,212.16 | |
| ACCOUNT NO.<br><br>**VARIOUS** | X | | <br><br><br>VALUE $ | | | | 0.00 | |
| ACCOUNT NO. | | | <br><br><br>VALUE $ | | | | | |

|  |  | Subtotal<br>(Total of this page) | $ **8,779,800.44** | $ |
|---|---|---|---|---|
| **0** continuation sheets attached | | Total<br>(Use only on last page) | $ **8,779,800.44** | $ |
| | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

**IN RE** Summitt Logistics & Brokerage, LLC                    Case No. **09-90630-BHL-11**
_____                    _____
Debtor(s)                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing a "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☑ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **8** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) -- Cont.

**IN RE** Summit Logistics & Brokerage, LLC      Case No. **09-90630-BHL-11**
<div align="center">Debtor(s)      (If known)</div>

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
<div align="center">(Type of Priority for Claims Listed on This Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **ALLYSON THRELKEL** <br> **14115 COLUMBUS MANN RD** <br> **MEMPHIS, IN 47143-9470** | | | **Unpaid wages, expense reimbursements, and benefits** | | | | **899.19** | **899.19** | |
| ACCOUNT NO. <br> **ALYSIA WATSON** <br> **1222 NAGHEL ST** <br> **NEW ALBANY, IN 47150-4940** | | | **Unpaid wages, expense reimbursements, and benefits** | | | | **801.38** | **801.38** | |
| ACCOUNT NO. <br> **CYNTHIA LANG** <br> **6767 STILLER RD** <br> **FLOYDS KNOBS, IN 47119-9207** | | | **Unpaid wages, expense reimbursements, and benefits** | | | | **591.62** | **591.62** | |
| ACCOUNT NO. <br> **DAVID SUMMITT** <br> **3205 MAGNOLIA CT** <br> **SELLERSBURG, IN 47172-9142** | | | **Unpaid wages, expense reimbursements, and benefits** | | | | **7,692.31** | **7,692.31** | |
| ACCOUNT NO. <br> **DONALD CAMPBELL** <br> **255 YORK RD** <br> **AUSTIN, IN 47102-1440** | | | **Unpaid wages, expense reimbursements, and benefits** | | | | **185.60** | **185.60** | |
| ACCOUNT NO. <br> **GEORGE GANEY** <br> **1029 REDWOOD DR** <br> **CLARKSVILLE, IN 47129-1111** | | | **Unpaid wages, expense reimbursements, and benefits** | | | | **587.13** | **587.13** | |

Sheet no. **1** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page)   $ **10,757.23**   $ **10,757.23**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

**IN RE** Summitt Logistics & Brokerage, LLC

Case No. **09-90630-BHL-11**

Debtor(s)                                                                                      (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **JENNY SUMMITT** <br> **3205 MAGNOLIA CT** <br> **SELLERSBURG, IN  47172-9142** | | | Unpaid wages, expense reimbursements, and benefits | | | | 1,923.08 | 1,923.08 | |
| ACCOUNT NO. <br><br> **KATHY MILLER** <br> **360 BEECHWOOD AVE** <br> **SHEPHERDSVILLE, KY  40165-9147** | | | Unpaid wages, expense reimbursements, and benefits | | | | 821.96 | 821.96 | |
| ACCOUNT NO. <br><br> **KIM JOHNSON** <br> **625 CATALPA ST** <br> **SELLERSBURG, IN  47172-1203** | | | Unpaid wages, expense reimbursements, and benefits | | | | 865.38 | 865.38 | |
| ACCOUNT NO. <br><br> **KYLE SMITH** <br> **389 SHADY GLEN CIR** <br> **SHEPHERDSVILLE, KY  40165-8219** | | | Unpaid wages, expense reimbursements, and benefits | | | | 724.61 | 724.61 | |
| ACCOUNT NO. <br><br> **LANE JUDD** <br> **1082 CHAPEL CREEK TRL** <br> **NEW ALBANY, IN  47150-9662** | | | Unpaid wages, expense reimbursements, and benefits | | | | 1,732.50 | 1,732.50 | |
| ACCOUNT NO. <br><br> **LYNNE HUTCHINSON** <br> **2931 ALLENTOWN RD** <br> **SELLERSBURG, IN  47172-9718** | | | Unpaid wages, expense reimbursements, and benefits | | | | 1,160.01 | 1,160.01 | |

Sheet no. __2__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)  $ **7,227.54**  $ **7,227.54**  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)  $                    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

**IN RE** Summitt Logistics & Brokerage, LLC      Case No. **09-90630-BHL-11**

_____
Debtor(s)                                      (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **MARK HEIMERDINGER** <br> **11920 LEWIS DR** <br> **SELLERSBURG, IN 47172-8308** | | | **Unpaid wages, expense reimbursements, and benefits** | | | | 674.97 | 674.97 | |
| ACCOUNT NO. <br> **MARY LOTHERY** <br> **291 S JOHN ST** <br> **PEKIN, IN 47165-7955** | | | **Unpaid wages, expense reimbursements, and benefits** | | | | 560.92 | 560.92 | |
| ACCOUNT NO. <br> **MISSY LEWIS** <br> **108 CLARK ST** <br> **SELLERSBURG, IN 47172-1302** | | | **Unpaid wages, expense reimbursements, and benefits** | | | | 787.38 | 787.38 | |
| ACCOUNT NO. <br> **MONICA BRUNNER** <br> **9980 HILLCREST DR SW** <br> **MAUCKPORT, IN 47142-8918** | | | **Unpaid wages, expense reimbursements, and benefits** | | | | 542.83 | 542.83 | |
| ACCOUNT NO. <br> **PAMELA GREY** <br> **6115 TOEBBE LN** <br> **LOUISVILLE, KY 40229-1431** | | | **Unpaid wages, expense reimbursements, and benefits** | | | | 708.22 | 708.22 | |
| ACCOUNT NO. <br> **PETER BOWEN** <br> **6607 STONEBRIDGE BLVD** <br> **CHARLESTOWN, IN 47111-8829** | | | **Unpaid wages, expense reimbursements, and benefits** | | | | 1,212.50 | 1,212.50 | |

Sheet no. __3__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $ **4,486.82**   $ **4,486.82**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

**IN RE** Summitt Logistics & Brokerage, LLC                    Case No. **09-90630-BHL-11**
_____                               _____
Debtor(s)                                                      (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**RICHARD KRATZ, JR.**<br>**7810 BETHANY RD**<br>**CHARLESTOWN, IN  47111-8734** | | | Unpaid wages, expense reimbursements, and benefits | | | | **1,118.23** | **1,118.23** | |
| ACCOUNT NO.<br>**ROXANNA MUIRHEAD**<br>**1116 SPORTSMAN DR**<br>**JEFFERSONVILLE, IN  47130-6030** | | | Unpaid wages, expense reimbursements, and benefits | | | | **736.83** | **736.83** | |
| ACCOUNT NO.<br>**SHARON GRIGG**<br>**1801 LONG ST**<br>**JEFFERSONVILLE, IN  47130-4506** | | | Unpaid wages, expense reimbursements, and benefits | | | | **523.32** | **523.32** | |
| ACCOUNT NO.<br>**TIMOTHY GEHM**<br>**2221 WILLARD AVE**<br>**NEW ALBANY, IN  47150-2649** | | | Unpaid wages, expense reimbursements, and benefits | | | | **1,242.05** | **1,242.05** | |
| ACCOUNT NO.<br>**TODD COOPER**<br>**8412 PLUM VALLEY DR**<br>**SELLERSBURG, IN  47172-9055** | | | Unpaid wages, expense reimbursements, and benefits | | | | **1,231.91** | **1,231.91** | |
| ACCOUNT NO.<br>**VICKIE COOK**<br>**706 W DELAWARE CT**<br>**SELLERSBURG, IN  47172-1015** | | | Unpaid wages, expense reimbursements, and benefits | | | | **587.13** | **587.13** | |

Sheet no. **4** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **5,439.47** | $ **5,439.47** | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Summitt Logistics & Brokerage, LLC**      Case No. **09-90630-BHL-11**
<br>    Debtor(s)                                         (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**VICTOR GRIFFITHS**<br>**9630 MARCEITTA WAY**<br>**LOUISVILLE, KY  40291-3699** | | | **Unpaid wages, expense reimbursements, and benefits** | | | | 1,540.62 | 1,540.62 | |
| ACCOUNT NO.<br>**YOLANDA CARTWRIGHT**<br>**934 BURNING SPRINGS CIR**<br>**LOUISVILLE, KY  40223-3610** | | | **Unpaid wages, expense reimbursements, and benefits** | | | | 500.00 | 500.00 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **5** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

         Subtotal
(Totals of this page)    $ **2,040.62**    $ **2,040.62**    $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Summitt Logistics & Brokerage, LLC**                               Case No. **09-90630-BHL-11**
_____                                     _____
Debtor(s)                                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Contributions to employee benefit plans
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**DYATECH CORPORATION**<br>**PO BOX 2428**<br>**RIDGELAND, MS  39158-2428** | | | **Claim incurred February, 2009 401(k) contributions for employees for February, 2009** | | | | **1,125.36** | **1,125.36** | |
| ACCOUNT NO.<br>**HUMANA INSURANCE CO.**<br>**12302 COLLECTIONS CENTER DR**<br>**CHICAGO, IL  60693-0001** | | | **Claim incurred February, 2009 Medical, dental, vision premiums for employees benefits for February, 2009** | | | | **5,433.66** | **5,433.66** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **6** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page)  $ **6,559.02**  $ **6,559.02**  $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

**IN RE** Summitt Logistics & Brokerage, LLC _____ Case No. **09-90630-BHL-11**

Debtor(s) _____ (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **INDIANA DEPARTMENT OF REVENUE PO BOX 7221 INDIANAPOLIS, IN  46207-7221** | | | Employee payroll taxes; pay period ending 2/28/09 | | | | 5,820.28 | 5,820.28 | |
| ACCOUNT NO. **INDIANA DEPT OF WORKFORCE DEVELOPMENT PO BOX 7054 INDIANAPOLIS, IN  46207-7054** | | | Employee payroll taxes; pay period ending | | | | 8,071.38 | 8,071.38 | |
| ACCOUNT NO. **INTERNAL REVENUE SERVICE CINCINNATI, OH  45999-0039** | | | Federal payroll tax; pay period ending 2/27/09 and 3/6/09 | | | | 17,573.99 | 17,573.99 | |
| ACCOUNT NO. **INTERNAL REVENUE SERVICE CINCINNATI, OH  45999-0039** | | | Federal unemployment tax; pay period ending 1/1/09 - 2/28/09 | | | | 1,376.50 | 1,376.50 | |
| ACCOUNT NO. **KENTUCKY DIV OF UNEMPLOYMENT INSURANCE PO BOX 2003 FRANKFORT, KY  40602-2003** | | | Employee payroll taxes; pay period ending | | | | 33.11 | 33.11 | |
| ACCOUNT NO. **KENTUCKY STATE TREASURER Frankfort, KY  40620-0004** | | | Employee payroll taxes; pay period ending | | | | 1,160.31 | 1,160.31 | |

Sheet no. ___**7**___ of ___**8**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **34,035.57** $ **34,035.57** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Summitt Logistics & Brokerage, LLC** _____ Case No. **09-90630-BHL-11**
                    Debtor(s)                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**NORTH CAROLINA DEPARTMENT OF REVENUE**<br>**PO BOX 25000**<br>**RALEIGH, NC  27640-0615** | | | **Employee payroll taxes; pay period ending 2/28/09** | | X | | **unknown** | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __**8**__ of __**8**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ | $ | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **70,546.27** | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **70,546.27** | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

**IN RE** Summitt Logistics & Brokerage, LLC                    Case No. **09-90630-BHL-11**
_____                              _____
          Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**APL**<br>**1301 RIVERPLACE BLVD STE 1000**<br>**JACKSONVILLE, FL  32207-9023** | | | **Trade debt** | | | | 2,145.22 |
| ACCOUNT NO.<br><br>**CLAYTON WEAVER TRUCKING**<br>**3069 LELIA LN**<br>**FAIRFIELD, OH  45014-1204** | | | **Trade debt** | | | | 1,550.00 |
| ACCOUNT NO.<br><br>**DAILY TRUCK SOLUTIONS, LLC**<br>**C/O SUNBELT FINANCE, LLC**<br>**PO BOX 17000**<br>**JONESBORO, AR  72403-6717** | | | **Trade debt** | | | | 900.00 |
| ACCOUNT NO.<br><br>**DAVID SUMMITT**<br>**3205 MAGNOLIA CT**<br>**SELLERSBURG, IN  47172-9142** | | | **Expense account** | | | | 851.50 |

**2** continuation sheets attached

|  | Subtotal<br>(Total of this page) | $ | 5,446.72 |
|---|---|---|---|
|  | Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Summitt Logistics & Brokerage, LLC _____ Case No. **09-90630-BHL-11**
_____ Debtor(s) _____ (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**ECOLAB PEST ELIM. DIV.**<br>**PO BOX 6007**<br>**GRAND FORKS, ND 58206-6007** | | | **Executory contract for services** | | | | 572.00 |
| ACCOUNT NO.<br>**JESSE BALLEW**<br>**1440 HORN ST**<br>**CLARKSVILLE, IN 47129** | | | **Loans 2007-2008** | | | | 5,369,690.31 |
| ACCOUNT NO.<br>**PEGASUS LOGISTICS GROUP**<br>**615 FREEPORT PKWY, SUITE 100**<br>**COPPELL, TX 75019-3866** | | | **Trade debt** | | | | 1,500.00 |
| ACCOUNT NO.<br>**SILGAS OF SEYMOUR**<br>**PO BOX 1221**<br>**SEYMOUR, IN 47274-3821** | | | **Trade debt** | | | | 944.42 |
| ACCOUNT NO.<br>**SILVERCREEK, LLC**<br>**3205 MAGNOLIA CT**<br>**SELLERSBURG, IN 47172-9142** | | | **January and February, 2009 rent** | | | | 30,174.13 |
| ACCOUNT NO.<br>**SILVERCREEK, LLC**<br>**3205 MAGNOLIA CT**<br>**SELLERSBURG, IN 47172-9142** | | | **Loan** | | | | 1,300,000.00 |
| ACCOUNT NO.<br>**TECHNICAL TRAFFIC**<br>**30 HEMLOCK DR**<br>**CONGERS, NY 10920-1402** | | | **Trade debt** | | | | 127.55 |

Sheet no. ____**1**____ of ____**2**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,703,008.41**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Summitt Logistics & Brokerage, LLC**                                      Case No. **09-90630-BHL-11**
_____                                      _____
                            Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**VERIZON NORTH<br>PO BOX 9688<br>MISSION HILLS, CA  91346-9688** | | | **Trade debt** | | | | <br><br><br>**125.55** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _____**2**_ of _____**2**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | $ | **125.55** |
|---|---|---|---|
|  | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | **6,708,580.68** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

**IN RE** Summitt Logistics & Brokerage, LLC
_____
Debtor(s)

Case No. **09-90630-BHL-11**
_____
(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **TRAVELER'S CASUALTY & SURETY CO.** | **Directors and Officers, employment practice, and fiduciary liability coverage** |
| **HUMANA INSURANCE CO.** **12302 COLLECTIONS CENTER DR** **CHICAGO, IL  60693-0001** | **Employee health and medical insurance** |
| **LIBERTY MUTUAL INSURANCE COMPANY** | **Property and liability insurance** |
| **SILVERCREEK, LLC** **3205 MAGNOLIA CT** **SELLERSBURG, IN  47172-9142** | **Real property leases** |
| **ECOLAB PEST ELIM. DIV.** **PO BOX 6007** **GRAND FORKS, ND  58206-6007** | **Vendor Contract whereby Summitt Logistics & Brokerage, LLC uses Ecolab for pest elimination services in the Austin, Indiana warehouse (customer Morgan Foods)** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

**IN RE** Summitt Logistics & Brokerage, LLC      Case No. **09-90630-BHL-11**
<div align="center">Debtor(s)              (If known)</div>

<div align="center">

## SCHEDULE H - CODEBTORS

</div>

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DAVID SUMMITT**<br>**3205 MAGNOLIA CT**<br>**SELLERSBURG, IN 47172-9142** | **VARIOUS** |
| **IDEAL PAINT & BODY**<br>**1016 E UTICA ST**<br>**SELLERSBURG, IN 47172-9665** | **VARIOUS** |
| **JENNY SUMMITT**<br>**3205 MAGNOLIA CT**<br>**SELLERSBURG, IN 47172-9142** | **VARIOUS** |
| **SILVERCREEK, LLC**<br>**3205 MAGNOLIA CT**<br>**SELLERSBURG, IN 47172-9142** | **VARIOUS** |
| **SUMMITT TRUCKING, LLC**<br>**1800 PROGRESS WAY**<br>**CLARKSVILLE, IN 47129-9246** | **VARIOUS** |
| **TRACTOR LEASING, LLC**<br>**3205 MAGNOLIA CT**<br>**SELLERSBURG, IN 47172-9142** | **VARIOUS** |
| **TRAILER LEASING, LLC**<br>**3205 MAGNOLIA CT**<br>**SELLERSBURG, IN 47172-9142** | **VARIOUS** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration)  (12/07)

**IN RE** Summitt Logistics & Brokerage, LLC _____    Case No. **09-90630-BHL-11**
_____    _____
Debtor(s)                                                                         (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____
                                                                                                        Debtor

Date: _____    Signature: _____
                                                                                           (Joint Debtor, if any)
                                                                [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO**_____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Summitt Logistics & Brokerage, LLC**_____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**23** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **April 30, 2009**_____    Signature: */s/ David L. Summitt*_____

                                                            **David L. Summitt**_____
                                                            (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Southern District of Indiana**

IN RE:

Case No. **09-90630-BHL-11**

**Summitt Logistics & Brokerage, LLC**

Chapter **11**

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **April 30, 2009**          Signature: **/s/ David L. Summitt**

**David L. Summitt, CEO**

Debtor

Date: _____          Signature: _____

Joint Debtor, if any

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

ALLYSON THRELKEL
14115 COLUMBUS MANN RD
MEMPHIS, IN  47143-9470

GEORGE GANEY
1029 REDWOOD DR
CLARKSVILLE, IN  47129-1111

KIM JOHNSON
625 CATALPA ST
SELLERSBURG, IN  47172-1203

ALYSIA WATSON
1222 NAGHEL ST
NEW ALBANY, IN  47150-4940

HUMANA INSURANCE CO.
12302 COLLECTIONS CENTER DR
CHICAGO, IL  60693-0001

KYLE SMITH
389 SHADY GLEN CIR
SHEPHERDSVILLE, KY  40165-8219

APL
1301 RIVERPLACE BLVD STE 1000
JACKSONVILLE, FL  32207-9023

INDIANA DEPARTMENT OF REVENUE
PO BOX 7221
INDIANAPOLIS, IN  46207-7221

LANE JUDD
1082 CHAPEL CREEK TRL
NEW ALBANY, IN  47150-9662

CLAYTON WEAVER TRUCKING
3069 LELIA LN
FAIRFIELD, OH  45014-1204

INDIANA DEPT OF WORKFORCE
DEVELOPMENT
PO BOX 7054
INDIANAPOLIS, IN  46207-7054

LYNNE HUTCHINSON
2931 ALLENTOWN RD
SELLERSBURG, IN  47172-9718

CYNTHIA LANG
6767 STILLER RD
FLOYDS KNOBS, IN  47119-9207

INTERNAL REVENUE SERVICE
CINCINNATI, OH  45999-0039

MARK HEIMERDINGER
11920 LEWIS DR
SELLERSBURG, IN  47172-8308

DAILY TRUCK SOLUTIONS, LLC
C/O SUNBELT FINANCE, LLC
PO BOX 17000
JONESBORO, AR  72403-6717

JENNY SUMMITT
3205 MAGNOLIA CT
SELLERSBURG, IN  47172-9142

MARY LOTHERY
291 S JOHN ST
PEKIN, IN  47165-7955

DAVID SUMMITT
3205 MAGNOLIA CT
SELLERSBURG, IN  47172-9142

JESSE BALLEW
1440 HORN ST
CLARKSVILLE, IN  47129

MISSY LEWIS
108 CLARK ST
SELLERSBURG, IN  47172-1302

DONALD CAMPBELL
255 YORK RD
AUSTIN, IN  47102-1440

KATHY MILLER
360 BEECHWOOD AVE
SHEPHERDSVILLE, KY  40165-9147

MONICA BRUNNER
9980 HILLCREST DR SW
MAUCKPORT, IN  47142-8918

DYATECH CORPORATION
PO BOX 2428
RIDGELAND, MS  39158-2428

KENTUCKY DIV OF UNEMPLOYMENT
INSURANCE
PO BOX 2003
FRANKFORT, KY  40602-2003

NORTH CAROLINA DEPARTMENT OF
REVENUE
PO BOX 25000
RALEIGH, NC  27640-0615

ECOLAB PEST ELIM. DIV.
PO BOX 6007
GRAND FORKS, ND  58206-6007

KENTUCKY STATE TREASURER
Frankfort, KY  40620-0004

PAMELA GREY
6115 TOEBBE LN
LOUISVILLE, KY  40229-1431

**PEGASUS LOGISTICS GROUP**
**615 FREEPORT PKWY, SUITE 100**
**COPPELL, TX  75019-3866**

**TRANSPORTATION ALLIANCE BANK**
**ATTN: STEPHEN PARKER**
**4185 HARRISON BLVD STE 200**
**OGDEN, UT  84403-6400**

**PETER BOWEN**
**6607 STONEBRIDGE BLVD**
**CHARLESTOWN, IN  47111-8829**

**VERIZON NORTH**
**PO BOX 9688**
**MISSION HILLS, CA  91346-9688**

**RICHARD KRATZ, JR.**
**7810 BETHANY RD**
**CHARLESTOWN, IN  47111-8734**

**VICKIE COOK**
**706 W DELAWARE CT**
**SELLERSBURG, IN  47172-1015**

**ROXANNA MUIRHEAD**
**1116 SPORTSMAN DR**
**JEFFERSONVILLE, IN  47130-6030**

**VICTOR GRIFFITHS**
**9630 MARCEITTA WAY**
**LOUISVILLE, KY  40291-3699**

**SHARON GRIGG**
**1801 LONG ST**
**JEFFERSONVILLE, IN  47130-4506**

**YOLANDA CARTWRIGHT**
**934 BURNING SPRINGS CIR**
**LOUISVILLE, KY  40223-3610**

**SILGAS OF SEYMOUR**
**PO BOX 1221**
**SEYMOUR, IN  47274-3821**

**SILVERCREEK, LLC**
**3205 MAGNOLIA CT**
**SELLERSBURG, IN  47172-9142**

**TECHNICAL TRAFFIC**
**30 HEMLOCK DR**
**CONGERS, NY  10920-1402**

**TIMOTHY GEHM**
**2221 WILLARD AVE**
**NEW ALBANY, IN  47150-2649**

**TODD COOPER**
**8412 PLUM VALLEY DR**
**SELLERSBURG, IN  47172-9055**