# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

## Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | SUMMITT LOGISTICS & BROKERAGE, LLC |
| **Case Number:** | 09-90630-BHL-11　　**Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, NOVEMBER 10, 2011 01:30 PM　NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | KRISTIN GOSS |

### Matters:

**1)** Status Hearing Re: Motion to Consolidate Cases 4:09-bk-90630, 4:09-bk-90631, 4:09-bk-90632 and 4:09-bk-90633 filed by Terry E. Hall on behalf of Debtor Summitt Logistics & Brokerage, LLC  [997]
**R / M #:**　0 / 0

**2)** Status Hearing Re: Disclosure Statement to Consolidated Plan of Debtors filed by Terry E. Hall on behalf of Debtor Summitt Logistics & Brokerage, LLC.  [988]  with Objections filed by:  Edward M King on behalf of Creditor Committee Unsecured Creditor Committee  [1038]; Deborah Caruso on behalf of Creditor Transportation Alliance Bank, Inc  [1039] and  by Danielle J Cunningham on behalf of Creditor Navistar Financial Corporation [1040]
**R / M #:**　0 / 0

**6)** Continued Hearing Re: Debtors' Motion to Sell 225 Trailers to On Line Transport, Inc. Pursuant to 11 U.S.C. Section 363 and Application to Employ Pack's Auto Sales, LTD  [968, 969, 971]
**R / M #:**　0 / 0

**7)** Continued Hearing Re: Application to Employ Pack's Auto Sales, Ltd. as Sales Agent filed by Terry E. Hall on behalf of Debtor Summitt Logistics & Brokerage, LLC  [969]
**R / M #:**　0 / 0

**3)** Hearing Re: Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for Grisanti, Galef & Goldress (GGG) as Other Professional (Fee: $2,105.25, Expense: $43,500.00) filed by Other Professional Grisanti, Galef & Goldress (GGG)  [1020]
**R / M #:**　0 / 0
　**VACATED:  No objections filed.  Objections due by 11/7/11.  Moton granted.**

**4)** Hearing Re: Motion For Approval Of Commercial Insurance Premium Finance And Security Agreement filed by Dustin R. DeNeal on behalf of Debtor Summitt Logistics & Brokerage, LLC. [1018]
**R / M #:**　0 / 0
　**VACATED:  Matter heard on an expedited basis on 10/28/11.**

**5)** Hearing Re: Amended Motion to Sell Property Free and Clear of Liens under Sec. 363(f) (Amended Motion to Sell 123 Trailers to On Line Transport, Inc. Pursuant to 11 U.S.C. 363) filed by Dustin R. DeNeal on behalf of Debtor Summitt Logistics & Brokerage, LLC  [1041]
**R / M #:**　0 / 0

### Appearances:

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...   09-90630-BHL-11         THURSDAY, NOVEMBER 10, 2011 01:30 PM

In Court Appearances:
TED KING - ATTORNEY FOR CREDITORS COMMITTEE

Telephonic Appearances:
TERRY E. HALL, ATTORNEY FOR SUMMITT LOGISTICS & BROKERAGE, LLC
SUSAN M ARGO, ATTORNEY FOR VOLVO FINANCIAL SERVICES, A DIVISION OF
ERICK P KNOBLOCK, ATTORNEY FOR TRANSPORTATION ALLIANCE BANK, INC., TRANSPORTATION ALLIANCE LEASING, LLC
JEFFREY WESTON SHIELDS, ATTORNEY FOR TRANSPORTATION ALLIANCE BANK, INC., TRANSPORTATION ALLIANCE LEASING, LLC
DANIELLE J CUNNINGHAM, ATTORNEY FOR NAVISTAR FINANCIAL CORPORATION
WENDY BREWER - ATTORNEY FOR TRANSPORT ENTERPRISE

*Proceedings:*

* Disposition:  Hearing held.
(1) Matter continued to Hearing on 11/15/11 @ 3:00 p.m. (EDT) in New Albany.  Notice given at the telephonic conference.
(2) Matter continued to Hearing on 11/15/11 @ 3:00 p.m. (EDT) in New Albany.  Notice given at the telephonic conference.
(3) VACATED:  No objections filed.  Objections due by 11/7/11.  Motion granted.
(4) VACATED:  Matter heard on an expedited basis on 10/28/11.
(5) Matter continued to Hearing on 11/15/11 @ 3:00 p.m. (EDT) in New Albany.  Notice given at the telephonic conference.
(6) Matter continued to Hearing on 11/15/11 @ 3:00 p.m. (EDT) in New Albany.  Notice given at the telephonic conference.
(7) Matter continued to Hearing on 11/15/11 @ 3:00 p.m. (EDT) in New Albany.  Notice given at the telephonic conference.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**