IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Summitt Logistics & Brokerage, LLC, et al.,[1] | ) | Case No. 09-90630-BHL-11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**PROPOSED AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 15, 2011 AT 3:00 PM EST**

The Debtors submit this proposed agenda for the hearing scheduled for November 15, 2011 at 3:00 p.m. EST ("Hearing") in Room 103, U.S. Courthouse, 121 West Spring Street, New Albany, Indiana. The Debtors anticipate that the matter before the Court for the Hearing will take approximately one (1) hour.

**I.    DIAL IN INFORMATION**

The dial-in telephone number for interested parties to participate in the Hearing by conference call is 1-888-399-7768; passcode 3172371216, followed by the pound ("#") key.

**II.    NEW MATTERS**

1.    **["Motion to Sell"]** Motion To Sell 225 Trailers To On Line Transport, Inc. Pursuant to 11 U.S.C. § 363 (docket #968)

   a.    Amended Motion To Sell Trailers To On Line Transport, Inc. Pursuant to 11 U.S.C. § 363 (docket #1041)

   *Status:*    *No objection filed; going forward.*

2.    **["Application to Employ"]** Debtors' Application To Employ Pack's Auto Sales, Ltd. As Sales Agent For Debtors (docket #969)

   a.    Affidavit Of Rodney Pack In Support Of Debtors' Application To Employ Pack's Auto Sales, Ltd. As Sales Agent For Debtors (docket #970)

---

[1] The Debtor entities are Summitt Logistics & Brokerage, LLC, Summitt Trucking, LLC, Tractor Leasing, LLC, Trailer Leasing, LLC.

   *Status:* No objection filed; going forward.

3. **["Motion to Consolidate"]** Debtors' Motion To Substantively Consolidate The Estates For Purposes Of The Joint Consolidated Plan (docket #997)

   *Status:* No objection filed; going forward.

III. **DISCLOSURE STATEMENT**

4. **["Disclosure Statement"]** Disclosure Statement To Debtors' Consolidated Plan Of Reorganization (docket #988)

 a. Objection Of The Official Committee Of Unsecured Creditors To The Disclosure Statement To Debtors' Consolidated Plan Of Reorganization (Doc. No. 988) (docket #1038)

 b. Objection Of Creditors Transportation Alliance Bank Inc., And Transportation Alliance Leasing, LLC, To Adequacy Of Disclosure Statement Of Joint Debtors Dated September 10, 2011 (docket #1039)

 c. Limited Objection Of Navistar Financial Corporation To The Disclosure Statement (docket #1040)

   *Status:* Going forward.

        Respectfully submitted,

        BAKER & DANIELS LLP


        By: /s/Terry E. Hall

Terry E. Hall (#22041-49)  *Counsel for the Debtors*
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
terry.hall@bakerd.com

# CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2011, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| Charles R. Wharton<br>charles.r.wharton@usdoj.gov | Jeffrey Weston Shields<br>jshields@joneswaldo.com | Susan M. Argo<br>sargo@graydon.com |
| Deborah J. Caruso<br>dcaruso@daleeke.com | Erick P. Knoblock<br>eknoblock@daleeke.com | Dennis A. Dressler<br>ddressler@dresslerpeters.com |
| Christian J. Jorgensen<br>jorgensen@dresslerpeters.com | Mark R. Owens<br>mowens@btlaw.com | Jeffery L. Parrish<br>jparrish@roccocelebrezze.com |
| Martin J. Weis<br>mweis@dilworthlaw.com | Whitney L. Mosby<br>wmosby@binghammchale.com | Thomas C. Scherer<br>tscherer@binghammchale.com |
| Steven A. Ginther<br>insdecf@dor.mo.gov | James E. Rossow, Jr.<br>jim@rubin-levin.net | Edward M. King<br>tking@fbtlaw.com |
| Mark A. Robinson<br>mrobinson@vhrlaw.com | John A. Majors<br>jam@morganandpottinger.com | Christine K. Jacobson<br>cjacobson@katzkorin.com |
| Paul (Rick) Rauch<br>rrauch@h-mlaw.com | Peter A. Velde<br>pvelde@k-glaw.com | Steven S. Lohmeyer<br>LohmeyerLaw@AOL.com |
| Michael K. McCrory<br>mmccrory@btlaw.com | Jennifer A. O'Guinn<br>joguinn@fbtlaw.com | Richard H. Shuster<br>rick@kyjustice.com |
| Karl Truman<br>karltruman@trumanlaw.com | U.S. Trustee<br>ustpregion10.in.ecf@usdoj.gov | Teresa M. Mysliwy<br>tmysliwy@querrey.com |
| Lon A. Jenkins<br>lajenkins@joneswaldo.com | Bradley Scott Salyer<br>bss@morganandpottinger.com | Emily L. Pagorski<br>emily.pagorski@skofirm.com |
| Lea Pauley Goff<br>lea.goff@skofirm.com | David R. Krebs<br>dkrebs@hklawfirm.com | Bradley J. Buchheit<br>bbuchheit@hklawfirm.com |
| Danielle J Cunningham<br>danielle.cunningham@btlaw.com | | |

I further certify that on November 14, 2011, a copy of the foregoing pleading was mailed by overnight delivery to the following:

| | | |
|---|---|---|
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Indiana Dept Of Revenue<br>PO Box 6175<br>Indianapolis IN 46206-6175 | Fifth Third Bank<br>PO Box 630337<br>Cincinnati OH 45263-0001 |
| David L. Summitt<br>Summitt Trucking, LLC<br>1800 Progress Way<br>Clarksville, IN 47129 | | |

I further certify that on November 14, 2011, a copy of the foregoing pleading was served via electronic mail transmission on the following:

| | | |
|---|---|---|
| DCFS USA LLC<br>c/o Michael G. Cruse<br>mcruse@wnj.com | Volvo Commercial Finance<br>bankruptcygroup@vfsco.com | G.E. Capital T.I.P.<br>mark.hall@ge.com |

| | | |
|---|---|---|
| Stock Yards Bank & Trust Co.<br>[e-mail] alex.hacker@syb.com | Century Leasing, Inc.<br>dashby@trucktoday.com | Southgate Capital, LLC<br>petepeckarsky@southgateleasing.com |
| Wells Fargo Equip Finance<br>Douglas.L.Hein@wellsfargo.com | All Wheels Financial, Inc.<br>jvanthournout@wdlarson.com | Financial Federal Credit, Inc.<br>aremias@financialfederal.com |
| Plains Capital Leasing<br>sgreenleaf@plainscapital.com | New Washington State Bank<br>dwolfe@newwashbank.com | Macquarie Equipment Finance, LLC<br>f/k/a The CIT Group<br>pam.morris@macquarie.com |
| National City Commercial Capital<br>jamie.roemer@NC-4.com | Rick L. Knuth<br>rknuth@joneswaldo.com | Transportation Alliance Bank, Inc.<br>Transportation Alliance Leasing, Inc.<br>david.smoot@tabbank.com |
| Navistar Financial Corporation<br>kristin.moran@navistar.com | Navistar Financial Corporation<br>kathleen.reed@navistar.com | Chip Bowles, Jr.<br>crb@gdm.com |
| Rocco Celebrezze<br>rocco@roccocelebrezze.com | Ronald E. Gold<br>rgold@fbtlaw.com | Harry Owen<br>keddins@eddins-law.com |
| David M. O'Dens<br>odens@settlepou.com | Kerry M. Hayden<br>khayden@settlepou.com | FCC Equipment Financing, Inc.<br>jimraffensperger@fccef.com |
| NEC Financial Services, Inc.<br>litigation@neclease.com | Sally Anne Cadirci, Legal Analyst<br>Qualcomm Incorporated<br>scadirci@qualcomm.com | Scopelitis, Garvin, Light, Hanson, Feary<br>ngarvin@scopelitis.com |
| UHL Idealease<br>john@uhltrucksales.com | Jennifer L. Maffett<br>Jennifer.Maffett@Thompsonhine.com | Mickey K. Weber<br>mkw@weberlegal.com |
| Michelle E. Shriro<br>mshriro@singerlevick.com | | |

/s/ Terry E. Hall